**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DELANO HUTCHINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERGEN COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Civil Action No.  21-20229 (KM) (CLW)<br><br><br>MEMORANDUM AND ORDER |

Plaintiff Delano Hutchinson, an inmate at Bergen County Jail, seeks to commence an action alleging various civil rights claims stemming from a September 8, 2021 assault upon Plaintiff by a fellow Bergen County Jail inmate (DE 1.) Commencing a civil action in district court requires a $402 fee comprising a $350 filing fee and $52 administrative fee, or the grant of an application to proceed *in forma pauperis* (IFP). Plaintiff having submitted neither, I will administratively terminate this action without prejudice, pending receipt of either the fee or an IFP application.

Accordingly, IT IS this 2d day of December, 2021,

**ORDERED** that the Clerk of the Court shall administratively terminate this case; and it is further

**ORDERED** that the Clerk of the Court shall forward Petitioner a blank application to proceed *in forma pauperis* as a prisoner and a blank civil rights complaint; and it is further

**ORDERED** that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 60 days of the date of entry of this Order, and shall include either the appropriate filing fees or a complete application to proceed *in forma pauperis*; and it is further

**ORDERED** that upon receipt of a writing from Plaintiff stating that he wishes to reopen this case, and either the filing fees or a complete *in forma pauperis* application, the Clerk of the Court will be directed to reopen this case; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

　　　　　　　　　　　　　　　　　　/s/ Kevin McNulty

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kevin McNulty
　　　　　　　　　　　　　　　　　　United States District Judge